1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11 | ALINA RITCHIE,                    )   Case No. EDCV 12-311 JC
                                       )
12 |                  Plaintiff,       )
                                       )   JUDGMENT
13 |             v.                    )
                                       )
14 |                                   )
     MICHAEL J. ASTRUE,                )
15 | Commissioner of Social            )
     Security,                         )
16 |                                   )
                     Defendant.        )
17 | _____      )
                                       )
18

19      IT IS HEREBY ADJUDGED that the decision of the Commissioner of

20 | Social Security is AFFIRMED.

21 | DATED:   July 24, 2012

22

23                                        _____/s/_____

24                                        Honorable Jacqueline Chooljian
                                          UNITED STATES MAGISTRATE JUDGE
25

26

27

28